## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO. 3:09cr28/MCR

DAISY MARIA MACHIGUA

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 5, 2009

Motion/Pleadings:   DEFENDANT DAISY MARIA MACHIGUA'S MOTION TO SEVER DEFENDANTS TOMMY LEE LOVETT, III & MARCUS ALAN LOVETT & NOTICE OF OBJECTION TO CONTINUANCE

Filed by  Defendant                           on  4/29/2009         Doc.#      61

RESPONSES:

                                              on                      Doc.#

                                              on                      Doc.#

_____ Stipulated        _____ Joint Pldg.
_____ Unopposed         _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                     Deputy Clerk: Susan Simms

## ORDER

    Upon consideration of the foregoing, it is ORDERED this 5th day of May, 2009, that:

    The relief requested is DENIED.  Trial has been continued from the May 4 trial docket to the June 1 trial docket based on the government's motion to consolidate with a newly arraigned co-defendant, which the court granted.  Such delay is reasonable.  The court further finds that defendant has failed to show that a joint trial of these co-defendants would compromise her right to a fair trial or prevent the jury from making a reliable judgment of guilt or innocense.  Defendant has also not shown that the jury would be unable to make an individualized determination of guilt.  Defendant has offered only conjecture in this regard.

                                              s/ *M. Casey Rodgers*
                                             *M. CASEY RODGERS*
                                        *United States District Judge*