# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v                                                             CASE NO. 3:09cr28/MCR

**DAISY MARIA MACHIGUA**

_____

### JUDGMENT OF ACQUITTAL ON JURY VERDICT

Based on the jury's verdict of not guilty as to this defendant on Count II following a trial on June 3, 2009, the defendant DAISY MARIA MACHIGUA is hereby ADJUDGED NOT GUILTY of the charge in Count II and this charge is DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 5th day of June, 2009.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITES STATES DISTRICT JUDGE