# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                      CASE NO.  3:09cr28/MCR

DAISY MARIA MACHIGUA

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 26, 2009
Motion/Pleadings: GOVERNMENT'S MOTION TO DISMISS INDICTMENT
Filed by  Government                         on  6/25/2009        Doc.#     108
RESPONSES:
                                             on                   Doc.#
                                             on                   Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                          Deputy Clerk: Susan Simms

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 26th day of June, 2009, that:*

*The relief requested is GRANTED.*

s/ *M. Casey Rodgers*
M. CASEY RODGERS
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.